**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

James Soto
                        Plaintiff,

v.                                                Case No.: 1:24–cv–10869
                                                             Honorable Martha M. Pacold

William Foster, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants Owen and Smeeton's unopposed motion for extension of time to file a responsive pleading [61] is granted. Defendants Owen and Smeeton are to answer or otherwise plead to the complaint by 3/1/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.