AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

James Soto

V.

William Foster, et al.,

CASE NUMBER: 24 CV 10869

ASSIGNED JUDGE: Martha Pacold

DESIGNATED MAGISTRATE JUDGE: Sheila Finnegan

TO: (Name and address of Defendant)

Kenneth Mann
10844 Beverly Avenue
Chicago, IL 60643

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meg Gould
Loevy & Loevy
311 N Aberdeen
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Amanda Keil_

(By) DEPUTY CLERK

January 14, 2025

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24 CV 10869

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KENNETH MANN**
was received by me on *(date)* **01/04/2025**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **MARIE MANN / SPOUSE** , a person of suitable age and discretion who resides there,
on *(date)* **01/14/2025** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **01/15/2025**

*Server's signature*

**LARRY BIELA / SPECIAL PROCESS SERVER**
*Printed name and title*

5424 W DEVON AVE, P O BOX 46335 CHICAGO IL 60646
ILLINOIS PRIVATE DETECTIVE LICENSE 115-001755

*Server's address*

Additional information regarding attempted service, etc:

** SERVICE ADDRESS 10844 S BEVERLY AVENUE CHICAGO IL 60643 **

** AND FURTHER MAILED A COPY TO DEFENDANT 1/15/2025 **