# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

James Soto

                    Plaintiff,

v.                                         Case No.: 1:24–cv–10869
                                                  Honorable Martha M. Pacold

William Foster, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant McMahon's unopposed motion for an extension of time to file a response [103] is granted. Defendant McMahon to answer or otherwise plead to the complaint by 3/24/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.