**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES SOTO, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM FOSTER et al., <br><br> Defendants. | Case No. 1:24-cv-10869 <br><br> Judge Martha M. Pacold |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPOINT SPECIAL REPRESENTATIVE FOR DECEASED DEFENDANTS**

Before the court is plaintiff's unopposed motion to appoint special representative for deceased defendants, [130]. For good cause shown, plaintiff's motion is hereby GRANTED and Geri Lynn Yanow is appointed Special Representative for defendant Dennis Maderak, deceased, and defendant John Regan, deceased.

Dated: April 10, 2025    /s/ Martha M. Pacold