**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES SOTO, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 24-cv-10869 |
| v. | ) | |
| | ) | District Judge Martha M. Pacold |
| WILLIAM FOSTER, *et al.*, | ) | Magistrate Judge Laura K. McNally |
| | ) | |
| *Defendants.* | ) | |

**CITY DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO SERVE RULE 26(a)(1) DISCLOSURES**

Defendants William Foster, Ernest Hernandez, Thomas Richardson, Michael Duffin, Anthony Pecoraro, Anthony Kuta, Roman Tapkowski, Vincent Tondryk, Michael McMeel, Eugene Labiak, Philip Szipcki, Wayne Straza, Nicholas Dub, Robert Johnson, Robert Miller, Stephen Castro, Stanley Byczek, John Schmidt and Geri Lynn Yanow, as Special Representative for John Regan, deceased and Dennis Maderak, deceased, Reynaldo Guevara, and the City of Chicago ("City Defendants") by and through their respective undersigned attorneys, move this Honorable Court, for an extension of time of seven days, up to and including May 19, 2025, to serve their Rule 26(a)(1) Disclosures, and in support thereof, state as follows:

1.      On April 29, 2025, this Court ordered that the parties are to serve their initial Rule 26(a)(1) Disclosures by May 12, 2025.  (Dkt. 143).

2.      The City Defendants plan to serve their disclosures jointly, but request an additional seven days, up to and including May 19, 2025, to do so.  Plaintiff advised that he does not oppose this motion.

3.      The City Defendants continue to gather documents and other information that impact their initial disclosures.

4.      Further, the City's counsel had unplanned personal matters to attend to, one of which included attending a funeral today.

5.      This motion is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, the City Defendants respectfully request this Honorable Court grant this motion for an extension of time of seven days, up to and including May 19, 2025, to serve their Rule 26(a)(1) Disclosures, and for such other relief as this Court deems just and proper.

Dated: May 12, 2025

/s/ Austin G. Rahe
*Special Assistant Corporation Counsel*
*for Defendant City of Chicago*

Eileen E. Rosen
Theresa B. Carney
Catherine M. Barber
Austin G. Rahe
Lauren M. Ferrise
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
312-494-1000
erosen@rfclaw.com

/s/ John Timbo
*Special Assistant Corporation Counsel*
*for Defendant Officers*

John Timbo
James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Kylie R. Dodd
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
630-735-3300
jtimbo@jsotoslaw.com

/s/Misha Itchhaporia
*Special Assistant Corporation Counsel*
*for Defendant Guevara*

Timothy P. Scahill
Steven Borkan
Emily Schnidt
Amanda Guertler
Misha Itchhaporia
Borkan & Scahill, Ltd
20 South Clark Street, Suite 1700

Chicago, IL 60603
(312)580-1030
mitchhaporia@borkanscahill.com