# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

James Soto

                    Plaintiff,

v.                                           Case No.: 1:24−cv−10869
                                                           Honorable Martha M. Pacold

William Foster, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Plaintiff's unopposed motion for a one−week extension to file motions for protective orders [168] is granted. The due date is moved to 5/27/25. The Court trusts the parties will use this additional time to minimize or eliminate the need for contested briefing on protective orders in this matter. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.