# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

James Soto

                          Plaintiff,

v.                                                            Case No.: 1:24–cv–10869

                                                                                          Honorable Martha M. Pacold

William Foster, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2025:

      MINUTE entry before the Honorable Laura K. McNally. Before the Court is Plaintiff's motion for entry of a protective order [171]. Plaintiff is directed to file, by 5/30/25, clarification as to two points. First, Plaintiff shall clarify whether he intends the redaction described in Paragraph 6 to (a) permit the producing party to redact information in the production set (i.e., redaction that would preclude the requesting party from seeing this information), or (b) permit redaction only in copies of records placed in the public record. Second, Plaintiff shall clarify whether "rely on" in Paragraph 13(d) is intended to pre–litigate any evidentiary issues with the documents produced in the listed cases. Plaintiff is welcome to file a revised proposed order when it files this clarification. Defendants may file a response to this motion by 6/6/25. Defendants are encouraged to submit their own proposed protective order and redline if they find it appropriate to do so. Failure to respond will be interpreted by the Court as consent to entry of Plaintiff's proposed order. This deadline will not be extended. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.