IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SOTO, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 1:24-cv-10869 |
| | ) | |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| WILLIAM FOSTER, *et al.,* | ) | Magistrate Hon. Laura K. McNally |
| | ) | |
| *Defendants.* | ) | |
| | ) | JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to this Court's July 28, 2025 Minute Entry (Dkt. 194), the parties jointly submit this status report:

1. Since the last status report, the parties have continued exchanging written discovery, issued document subpoenas, and scheduled several third-party depositions.

2. On August 25, 2025, Plaintiff deposed Robert Jaquez but was unable to complete the deposition due to technical difficulties. Mr. Jaquez's continued deposition is set for September 5, 2025.

3. Defendants have deposed third-party witness Thomas Gutierrez on the date of this filing.

4. The parties have also scheduled the following depositions thus far:

    a. Juan Padilla – September 3rd (Defense)

    b. Robert Jaquez – September 5th to complete his deposition

    c. Vince Hodge – September 9th (Plaintiff)

    d. Wally Cruz – September 12th (Plaintiff)

    e. Randy Hodge – September 15th (Defense)

1

      f.   Lisa Suarez – September 17th

5.      Plaintiff intends to depose Robert Villagomez on October 15, 2025.

6.      Additionally, the parties have blocked off more dates for depositions and have jointly designated certain dates as "Plaintiff-led" and others as "Defense-led" as outlined below.

| *Plaintiff* | *Defendants* |
|---|---|
| - September 23<br>- September 26<br>- October 6<br>- October 7<br>- October 15 | - September 30<br>- October 2<br>- October 16 |

7.      The other witnesses the parties plan to depose at present, but have not yet scheduled, are:

      a.   Hugo Flores

      b.   Isabelle Gomez

      c.   Mario Abarca

      d.   Salvador Guzman

      e.   Johnny Martinez

      f.   Ruben Palomo

      g.   Roger Ramirez

      h.   Tyrone Ayala

8.      Additional depositions will likely be scheduled by both parties once additional information is available, including from the Cook County State's Attorney's Office and from third parties pursuant to both outstanding and anticipated subpoenas.

9.      The parties are also in the process of scheduling an inspection of the evidence held by the CCSAO's office.

DATED: August 29, 2025

Respectfully Submitted,

*/s/ Gianna Gizzi*
*Counsel for Plaintiff James Soto*

Jon Loevy
Russell Ainsworth
Gianna Gizzi
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gizzi@loevy.com

*/s/ Austin G. Rahe*
*Special Assistant Counsel for the City of Chicago*

Eileen E. Rosen
Theresa Berousek Carney
Austin G. Rahe
Catherine M. Barber
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
312-494-1000
tcarney@rfclaw.com

*/s/ Amanda C. Guertler*
*Counsel for Defendant Reynaldo Guevara's Attorneys*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Amanda C. Guertler
Borkan & Scahill, Ltd.
20 S. Clark St., Ste 1700
Chicago, Illinois 60603

*/s/ Stephen D. Mehr*
*Counsel for Defendants Owen, Smeeton, & McMahon*

James M. Lydon
Michael C. Stephenson
Matthew R. Howroyd

Stephen D. Mehr
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
(312) 704-3000
smehr@hinshawlaw.com

*/s/ John Timbo*
*Counsel for Remaining Individual Defendants*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
John J. Timbo
Kylie R. Dodd
Katherine E. Linehan
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
(630) 735 3300
jtimbo@jsotoslaw.com