**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

James Soto
                    Plaintiff,

v.                                           Case No.: 1:24–cv–10869
                                                  Honorable Martha M. Pacold

William Foster, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

      MINUTE entry before the Honorable Laura K. McNally. The Court thanks the parties for their status report [196]. The parties report that they are actively engaged in the discovery process. An updated status report shall be filed by 11/3/25. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.