# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES SOTO, | ) | |
| | ) | No. 24-cv-10869 |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | Hon. Martha M. Pacold |
| | ) | Magistrate Hon. Laura K. McNally |
| WILLIAM FOSTER, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants.* | ) | |

---

**PLAINTIFF JAMES SOTO'S FEDERAL RULE OF
CIVIL PROCEDURE 26(a)(2) DISCLOSURES**

Plaintiff James Soto, by and through his counsel, provide the following disclosures according to Federal Rule of Civil Procedure 26(a)(2).

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Plaintiff discloses the following individuals:

1. **Steve Fine** – Mr. Fine is expected to testify regarding the subject matter discussed in the report produced in this case, as well as any deposition conducted. The report includes his attached CV. Additionally, Mr. Fine was compensated at a rate of $385/hour for work performed in this case other than for deposition and trial, for which he would be compensated at an hourly rate of $485. The following is the only case that Mr. Fine has provided expert testimony for in the past five years: *Sopron v. Cassidy*, (19 CV 08254).

2. **Thomas Tiderington** – Mr. Tiderington is expected to testify regarding the subject matter discussed in the report produced in this case, as well as any deposition conducted. The report includes his attached CV and a list of cases he has testified as an expert in the past

five years. Additionally, he was compensated at a rate of $425/hour for work performed in this case.

3. **Douglas Deaton** – Mr. Deaton is expected to testify regarding the subject matter discussed in the report produced in this case, as well as any deposition conducted. The report includes his attached CV along with a list of cases that he has testified in as an expert. Additionally, Mr. Deaton was compensated at a rate of $450/hour for work performed in this case.

4. **Dr. Jeffrey Kaplan** – Dr. Kaplan is expected to testify regarding the subject matter discussed in the report produced in this case, as well as any deposition conducted. The report includes his attached CV. Additionally, Dr. Kaplan was compensated at a rate of $220/hour for work performed in this case. A list of cases that he has previously testified in as an expert are forthcoming.

5. **Dr. Darlene Perry** – Dr. Perry is expected to testify on the subject matter discussed in the report produced in this case, as well as any deposition conducted. Additionally, Dr. Perry was compensated at a rate of $250/hour for her work performed in this case. Below are the cases that Dr. Perry has provided expert testimony for in the past five years:

   a. *Michael Liggins v. City of Chicago* (20 CV 4085) Deposition in September 2022
   b. *Xavier Walker v City of Chicago* (20 CV 7209) - Deposition in December 2022
   c. *John Velez v City of Chicago et al.* (18 CV 8144) - Deposition in 2021

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiffs disclose the following individual:

1. **Puja Shah, LCPC** – This individual is Plaintiff James Soto's therapist. Ms. Shah is expected to testify concerning her clinical observations, diagnoses, and treatment of Mr. Soto.

Ms. Shah is also expected to testify as to her education, training, and experience in counseling and mental health care. She can be contacted through Plaintiff's counsel.

Respectfully Submitted,

*/s/ Gianna Gizzi*
*One of Plaintiff's Attorneys*

Jon Loevy
Russell Ainsworth
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
p. (312) 243-5900
e. gizzi@loevy.com

**CERTIFICATE OF SERVICE**

The undersigned, Gianna Gizzi, hereby certifies that on October 5, 2026, a copy of the foregoing document and all referenced materials herein were served on all counsel of record via electronic mail.