**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES SOTO, | ) | |
| | ) | Case No. 24 CV 10869 |
| Plaintiff, | ) | |
| | ) | Hon. Martha M. Pacold |
| vs. | ) | |
| | ) | Magistrate Laura K. McNally |
| WILLIAM FOSTER, et al., | ) | JURY DEMAND |
| Defendants. | ) | |

| | | |
|---|---|---|
| DAVID AYALA, | ) | |
| | ) | Case No. 24 CV 12800 |
| Plaintiff, | ) | |
| | ) | Hon. Martha M. Pacold |
| vs. | ) | |
| | ) | Magistrate Laura K. McNally |
| WILLIAM FOSTER, et al., | ) | JURY DEMAND |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO SEAL**

Defendants, by and through their respective attorneys, move this Honorable Court to seal Exhibits F and G to their Motion to Compel Mental Examination of David Ayala and James Soto Pursuant to Federal Rule of Civil Procedure 35. In support thereof, Defendants state:

1. On November 19, 2026, Defendants filed their Motion to Compel Mental Examination of David Ayala and James Soto Pursuant to Federal Rule of Civil Procedure 35. (Soto Dkt. 272; Ayala Dkt. 207.) As part of their motion, Defendants attached seven exhibits

labeled A-G. Relevant to this motion, Exhibit F is Dr. Kupers' Expert Report and Exhibit G is Dr. Perry's Expert Report, both of which are Plaintiffs' psychology experts and their reports contain sensitive information.

2. Upon realization that Exhibits F and G contained information that was sensitive and confidential, counsel began working to correct this issue.

3. Counsel called chambers and notified the clerk of their error. The Exhibits are being provisionally sealed until the filing of this Motion.

4. Given the confidential nature of Exhibits F and G, good cause exists to place Exhibit F and Exhibit G under seal or remove them from the record and have them filed under seal.

WHEREFORE Defendants respectfully request that this court enter an order sealing Exhibits F and G in support of Defendants' Motion to Compel Mental Examination of David Ayala and James Soto Pursuant to Federal Rule of Civil Procedure 35 or any relief that this Court deems fit.

Dated: November 23, 2026

Respectfully submitted,

/s/ Madeline Van Schelven
MADELINE VANSCHELVEN, Atty No. 6353975
*One of the Attorneys for Foster, Hernandez, Richardson, Duffin, Pecoraro, Kuta, Tondryk, McMeel, Labiak, Szipcki, Straza, Dub, Johnson, Miller, Castro, and Schmidt, and Yanow*

James G. Sotos
Jeffrey R. Kivetz
Josh M. Engquist
John J. Timbo
Katherine E. Linehan
Kylie R. Dodd
Madeline Van Schelven
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
mvanschelven@jsotoslaw.com